JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br>       Plaintiff,<br><br>       v.<br><br>GUY TAGHAVI, et al.,<br>       Defendants. | CV 19-8930 DSF (MRWx)<br><br>JUDGMENT |

    The Court having denied Plaintiff Chris Langer's Application for Default Judgment against Defendants Guy Taghavi and Thomas Mancini, dismissed Plaintiff's federal claim for lack of standing, and dismissed Plaintiff's state claim for lack of subject matter jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's first cause of action be dismissed with prejudice, and that Plaintiff's second cause of action be dismissed without prejudice to filing in state court.

Date: July 21, 2020

                                            Dale S. Fischer
                                            United States District Judge